UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KASSANDRA BLISSETT,

       Plaintiff,

v.

       CASE NO.: 6:17-CV-1215-ORL-37-DCI

CITY OF DEBARY and LEO DANIEL
PARROTT, an individual,

       Defendants.

_____/

## DEFENDANT, CITY OF DEBARY AND LEO DANIEL PARROTT'S NOTICE OF REMOVAL TO FEDERAL COURT

COMES NOW, Defendants, CITY OF DEBARY and LEO DANIEL PARROTT, an individual, by and through their undersigned counsel, and respectfully petitions this Honorable Court for removal of the above-styled civil action from the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, and states as follows:

1.    Defendants, CITY OF DEBARY and LEO DANIEL PARROTT, an individual, have been named as Defendants in a civil action brought against it in the Circuit Court of the Seventh Judicial Circuit, in and for Volusia County, Florida, entitled "KASSANDRA BLISSETT vs. CITY OF DEBARY and LEO DANIEL PARROTT, an individual," Case No. 2015-11753-CIDL.

2.    That the aforesaid action involving a federal question was commenced by service of the Second Amended Complaint upon the Defendants, CITY OF DEBARY and LEO DANIEL PARROTT, an individual, on June 12, 2017.

3.    That the controversy herein between the Plaintiff and Defendants is a controversy based upon civil rights created by and enforced through a federal statute, 42 U.S.C. §1983.

4.    That the above described action is a civil action of which this Court has original jurisdiction under the provisions of Title 28, United States Code, §1331, and is one which may be removed to this Court by the Defendants herein, pursuant to the provisions of Title 28, United States Code, §1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

5.    Copies of all the process, pleadings, orders and other papers or exhibits of every kind on file at the time of this removal are attached hereto pursuant to Local Rule 4.02, as Composite Exhibit "A."

6.    Defendants have filed with the Clerk of the Court in and for Volusia County, Florida, a Notice of Filing Notice of Removal pursuant to 28 U.S.C. § 1446(d), and has given written notice to all adverse parties.

7.    Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed and without waiver by Defendants.  Specifically, this Notice of

Removal has been filed within thirty (30) days after the Second Amended Complaint was served on June 12, 2017.

WHEREFORE, Defendants, CITY OF DEBARY and LEO DANIEL PARROTT, an individual, requests that the above-entitled action be removed from the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of the foregoing and Notice of Electronic Filing has been furnished by CMECF system to: Michael Ciocchetti, Esquire, Doran Sims Wolfe & Ciocchetti, 1020 W. International Speedway, Ste. 100, Daytona Beach, Florida 32214 (mciocchetti@doranlaw.com; and srogers@doranlaw.com).

/s/_____
Michael H. Bowling, Esquire
Florida Bar No.: 0333026
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
mbowling@bellroperlaw.com
ysuedmeyer@bellroperlaw.com
Attorney for Defendants